IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS LINDSEY,

                           Plaintiff,                                    ORDER

   v.

GHITA HAMIDI, *et al.*,                                        24-cv-712-jdp

                           Defendants.

---

Plaintiff has filed a notice, Dkt. 17, and two discovery related motions, Dkts. 20 & 27, that are DENIED.

In Dkt. 17 and Dkt. 27, plaintiff states that he has not received any interrogatory responses from defendants even after the additional 30-day extension they requested in late July 2025. Dkt. 27-1. Defendants state that they need more time because the requests are addressed to multiple defendants, including three defendants plaintiff now seeks to dismiss, *see* Dkt. 21, and that most of the requests are addressed to a defendant, Ghita Hamidi, who defendants' counsel now alleges has not been served. Because defendants are in the process of preparing their responses, and have produced documents and responses to requests for admissions, Dkt. 25-1, plaintiff's request to compel is DENIED. Any defendant that plaintiff now seeks to dismiss does not need to respond to discovery requests unless plaintiff's motion to dismiss them is denied. If the remaining defendants need more time to complete their responses to plaintiff's interrogatories, they must promptly communicate that need to plaintiff so he knows when to expect discovery materials.

As for Hamidi, defendants filed a motion for summary judgment on exhaustion grounds on her behalf, *see* Dkt. 14, and defendants' counsel notes that the state would represent Hamidi

"in a lawsuit such as this one," Dkt. 24 at 6. So, the Wisconsin Department of Justice, which is representing the other defendants, has until September 12, 2025 to file an amended acceptance of service formally indicating whether it also represents this defendant or not. Once acceptance has been filed with the court, Hamidi will have 30 days to respond to plaintiff's interrogatories.

In Dkt. 20, plaintiff seeks to compel production of any investigative reports or use-of-force review reports responsive to his Request for Production No. 3. *See* Dkt. 20-1 at 2. Defendants have twice produced a 98-page packet of materials, Dkt. 25-1, in coordination with the litigation coordinator at plaintiff's institution, and state that they have no additional responsive documents to produce. This motion is therefore DENIED. If plaintiff believes that discovery issues remain, he must meet and confer about them with defendants in good faith before seeking additional court intervention and provide certification of such efforts with any discovery motion. He should not file notice of a discovery dispute with the court, only with defense counsel.

SO ORDERED.

Entered September 4, 2025.

BY THE COURT:

/s/
_____
ANITA MARIE BOOR
Magistrate Judge

2